**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV501**

|  |  |  |
|---|---|---|
| | ) | |
| **GUSTAVO A. SOSA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TIME WARNER** | ) | |
| **ENTERTAINMENT-ADVANCE/** | ) | |
| **NEWHOUSE PARTNERSHIP, LP** | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court upon its on motion. After reviewing the above captioned case, the undersigned must recuse himself.

IT IS THEREFORE ORDERED that this case be re-assigned to another Judge.

So ordered.

**Signed: December 9, 2005**

Graham C. Mullen
Chief United States District Judge